**BRUCE A. BLAKEMAN**
County Executive



**THOMAS A. ADAMS**
County Attorney

## COUNTY OF NASSAU
### OFFICE OF THE COUNTY ATTORNEY

June 20, 2025

Honorable Judge Lee G. Dunst
United States District Court for the Eastern District of New York
100 Federal Plaza, Central Islip, New York 11722

      Re:    *Jackson v. County of Nassau et al.*
              Docket No.: 2:23-cv-08158(SJB)(LGD)

Dear Judge Dunst:

    The parties respectfully submit this letter pursuant to the Court's Order dated June 13, 2025, regarding the parties' settlement positions.

    Following a telephone call between counsel earlier today, the parties have reached an agreement in principle to resolve this matter. The parties will now begin the process of finalizing the necessary paperwork and anticipate filing a stipulation of dismissal in due course.

    In light of the settlement, the parties respectfully submit that a settlement conference is no longer necessary.

    Thank you for the Court's attention to this matter.

    Respectfully,

_____
Donna Este-Green, Esq.
Attorney for Plaintiff
25 Fairway Drive
Hempstead, New York 11550

_____
John Carnevale, Esq.
Deputy County Attorney