**BRUCE A. BLAKEMAN**
County Executive



**THOMAS A. ADAMS**
County Attorney

# COUNTY OF NASSAU
# OFFICE OF THE COUNTY ATTORNEY

July 3, 2025

Honorable Judge Lee G. Dunst
United States District Court for the Eastern District of New York
100 Federal Plaza, Central Islip, New York 11722

   Re: *Jackson v. County of Nassau et al.*
      Docket No.: 2:23-cv-08158(SJB)(LGD)

Dear Judge Dunst:

  Defendants write to provide an update regarding the status of settlement in this matter. On June 24, 2025, defendants filed a letter advising the Court that the parties had reached an agreement to resolve this case (DE 23). This was based on discussions with and representations from plaintiff's counsel that the settlement was acceptable to her client.

  However, on July 1, 2025, plaintiff's counsel informed the undersigned that the plaintiff is no longer willing to proceed with settlement.

  Defendants submit this letter to apprise the Court of these developments and to clarify that the matter now remains unresolved.

         Respectfully submitted,

         _____
         John Carnevale, Esq.
         Deputy County Attorney

**CC**:
Donna Green, Esq.
*Attorney for Plaintiff*