# DONNA ESTE-GREEN, ESQ.

25 Fairway Dr.•   Hempstead, NY 11550•
Phone: 516-996-7900 •   Fax: 516-538-1430
E-Mail: Destegreen@gmail.com

September 26, 2025

Hon. Chief Judge Brodie
Magistrate Judge Lee G. Dunst
290 Federal Plaza
Central Islip, NY. 11722

Re: Anthony Jackson v. County of Nassau and et al,
   2:23-cv-08158

Dear Chief Judge Brodie and Magistrate Judge Lee G. Dunst:

    Reference is made to the above, and the joint pretrial order due on this date for the same. I represent the plaintiff, Anthony Jackson, and I am requesting a least another week to submit the order due to illness on my part. I have notified the defendants' counsel, John Carnevale, Esq. on this date.

    Thank you in advance for your assistance in this matter.

Respectfully, /s

Donna Este-Green, Esq.

cc: all parties via ECF, Jcarnevale@nassaucounty.ny.gov (John Carnevale, Esq.)