# DONNA ESTE-GREEN, ESQ.



25 Fairway Dr.• Hempstead, NY 11550• Phone: 516-996-7900 • Fax: 516-538-1430
E-Mail: Destegreen@gmail.com

November 14, 2025

Judge Sanket J. Bulsara
Referred to: Magistrate Judge Lee G. Dunst.
Eastern District of New York
100 Federal Plaza
Central Islip, NY. 11722

Jackson v. County of Nassau and et
al 2:23-cv-08158-SJB-LGD

Dear Judge Dunst:

    I am requesting that both counsels reappear for a settlement conference. My client has consented to accepting the most recent offer from the County of Nassau as it existed in July, 2025. It is my understanding, based on the July 17, 2025 conference before you, that the County did not retract such offer.

    I did make contact with Deputy County, John Carnavale and informed him, accordingly; however, I am still waiting for his confirmation. As such, I believe such conference will facilitate the disposition of this matter.

    Thank you for any consideration duly given, and if there are any questions regarding the foregoing, please do not hesitate to contact me.

Very truly yours.

Donna Este-Green, Esq.

2