UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANTHONY JACKSON,

                            Plaintiff,              Index No.: 23-CV-8158

-against-

                                              STATUS REPORT

COUNTY OF NASSAU, Police Officer SEAN C.
MCGOWAN, Shield # 10619; Police Officer WILLIAM
J. LAURIA, Shield # 10495; and Police Officers JOHN
DOES #1-5, shield numbers unknown,

                            Defendants.
-----------------------------------------------------------------X

## JOINT STATUS REPORT

1. I represent the plaintiff, Anthony Jackson, in the above-captioned matter, and am writing in compliance with the Order as set forth in Your Honor's October 24, 2024 Order of this Court.

2. The plaintiff filed a summons and complaint in this Court on November 2, 2023, setting forth claims of, inter alia, civil rights violations. The issue was joined by the defendants on 12/1/2024, and the Initial Conference was scheduled for 2/5/2024 at 2:00 p.m.

3. The parties appeared for the Initial Conference before Magistrate Judge Lee G. Dunst, where he ordered that the parties submit a joint proposed scheduling Order by 2/9/2024.

4. The Scheduling Order was submitted, accordingly with the certain dates which are at issue:

    a. April 25-Completion of Automatic Disclosures pursuant to Rule 26(a)(1)
    b. July 31, 2024-Fact discovery completion.

5. The defendants submitted its Automatic Disclosures on or about April 19, 2024. The plaintiff, submitted his Automatic Disclosures along with videos, pictures and authorizations on July 26, 2024.

6. The parties have been in communication during the time period, and plaintiff's counsel has suffered four deaths in the family—necessitating out of town travel-- between April, 2024, and July, 2024, which caused the delay in compliance. Further, as discovery will most likely not be completed by July 31, 2024, an extension will be sought as Plaintiff has been out of the country for the entire month of August 2024.

7. The parties appeared before this Court on October 24, 2024, where the plaintiff's counsel provided the defendant's 'counsel with a copy of the transcript of the underlying criminal proceeding which was dismissed by the First District Court of Nassau County of State of New York. Further, November 13, 2024 was set for the plaintiff's deposition. The Court ordered the parties to submit a status report on December 6, 2024.

8. The plaintiff was disposed on November 13, 2024 by John Carnavele, Esq., the defendant's counsel's colleague. A copy of the transcript was requested; however, neither counsel has received it as of this date.

9. It is anticipated that the parties will engage in settlement conferences.

10. The parties received a copy of the transcript, and the same was submitted to the plaintiff for review and signature. Such has not been received from the plaintiff and his counsel will follow up on this and procure his signed transcript.

11. Plainitff's counsel attempted to acquire the Certificate of Discharge for the disposed underlying criminal matter before the District Court of the County of Nassau; however,

the clerk refused permission as counsel was not the counsel of record. A request was made to attorney Mark Crawford, and plaintiff's counsel is still waiting for a response.

12. In June, 2025, Defendant's counsel, John Carnavale, Esq., extended an offer to my client, in the amount of $99,999.99, which he indicated was the final offer. The offer was duly communicated to the plaintiff, and he initially accepted. Mr. Carnavale issued the requisite documentation to the Court on June 12, 2025; however, in July, 2025, the plaintiff declined the offer.

13. Plaintiff's counsel communicated the plaintiff's declination to Mr. Carnavale, and to this Court. The parties, including the plaintiff were ordered to appear, in person, on July 17, 2025 for a conference. There, the Court addressed both parties, and the offer was still open for consideration. In the interim, the Court ordered that the parties submit a Joint Pretrial Order on or before September 26, 2025. Upon a request for an extension, the date was extended to October 3, 2025, and the Joint Pretrial Order was submitted on that date.

14. In October, 2025, the plaintiff reconsidered his position, and he indicated that he wanted to accept the offer as extended in June, 2025. Plaintiff's counsel issued several emails to Mr. Carnavale informing him of the plaintiff's willingness to accept the settlement; however, there was no response.

15. On November 3, 2025, the plaintiff's counsel then issued a written request to this Court for a Conference, which was denied without prejudice. Therein, the Court informed plaintiff's counsel that John Carnavale was on medical leave, and it provided the new contact for the defendant, Matthew Rozea. The Court ordered plaintiff's counsel to serve

a copy of the Order upon Mr. Rozea and file proof of service by November 11, 2025. The parties were also ordered to file a Joint Status Report on or before December 5, 2025.

16. The plaintiff's counsel failed to file the proof of service, and the Court noticed the parties of the same. Further the parties were ordered to appear in person on January 12, 2026. On or about December 2, 2025, the plaintiff's counsel filed the Affirmation of Service for both Orders, with this Court.

17. On December 3, 2025, plaintiff's counsel and defendant's' counsel, Matthew Rozea, Esq. and Nicholas Zotto, Esq., made contact with plaintiff's' counsel, where the parties discussed the offer as communicated by John Carnvale, Esq. At this point, the parties are exploring the settlement, and confirming that such offer is still available to the plaintiff, who is now willing to accept.

Accordingly, this status report includes no request for any action by the Court and is written only as a courtesy and in satisfaction of the Order of this Court. In the interim, the parties shall continue outstanding discovery, if necessary.

Respectfully, /s

s/ Donna Este-Green  
Donna Este-Green, Esq.  
Attorney for Plaintiff  
25 Fairway Dr.  
Hempstead, NY. 11550  
Destregreen@gmail.com

s/ Nicholas Zotto  
Nicholas Zotto- Nassau County Attorney's Office  
Attorneys for Defendants  
One West Street   .  
Mineola, NY 11501  
nzotto@nassaucountyny.gov