

# DONNA ESTE-GREEN, ESQ.

25 Fairway Dr. • Hempstead, NY 11550 • Phone: 516-996-7900 • Fax: 516-538-1430
E-Mail: Destegreen@gmail.com

July 7, 2025

Judge Sanket J. Bulsara
Referred to: Magistrate Judge Lee G. Dunst.
Eastern District of New York
100 Federal Plaza
Central Islip, NY. 11722

Jackson v. County of Nassau and et al
2:23-cv-08158-SJB-LGD

Dear Judge Dunst:

Reference is made to the above and the January 12, 2026 in person conference regarding the same. The Nassau County attorney's office by counsel, Nicholas Zotto, Esq., has confirmed that the matter is settled. Attached hereto are the corresponding and/or supporting emailed communication between both counsels.

As such, we are requesting an adjournment and/or cancellation of January 12, 2026 appearance before you. Thank you for any and all courtesies extended regarding this matter.

Donna Este-Green
Attorney for the Plaintiff

**From:** Zotto, Nicholas NZotto@nassaucountyny.gov
**Subject:** Jackson, Anthony 23T102502 2:23-cv-08158-SJB-LGD
**Date:** January 8, 2026 at 12:31 PM
**To:** marvg25@aol.com
**Cc:** Zotto, Nicholas NZotto@nassaucountyny.gov



Good afternoon, Donna,

I just wanted to confirm with you that we have settled this matter for $99,999.99. Please advise if you would like to email the Court to let them know so that we do not have to appear on Monday, Jan 12th. Thank you.

**Nicholas Zotto**
Deputy County Attorney
Litigation and Appeals Bureau
Office of the Nassau County Attorney
1 West Street, Mineola, New York 11501
(516) 571-3012

**From:** DONNA GREEN marvg25@aol.com
**Subject:** Re: Jackson, Anthony 23T102502 2:23-cv-08158-SJB-LGD
**Date:** January 9, 2026 at 12:00 AM
**To:** Nicholas Zotto NZotto@nassaucountyny.gov



I will take care of it, Nicholas. Thanks.
Sent from my iPad

On Jan 8, 2026, at 12:31 PM, Zotto, Nicholas <NZotto@nassaucountyny.gov> wrote:

Good afternoon, Donna,

I just wanted to confirm with you that we have settled this matter for $99,999.99. Please advise if you would like to email the Court to let them know so that we do not have to appear on Monday, Jan 12th. Thank you.

**Nicholas Zotto**
Deputy County Attorney
Litigation and Appeals Bureau
Office of the Nassau County Attorney
1 West Street, Mineola, New York 11501
(516) 571-3012