UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
ANTHONY JACKSON,

                              Plaintiff,

-against-

COUNTY OF NASSAU, Et Al,

                              Defendants.
------------------------------------------------------------------- X

23-cv-08158 (SJB)(ST)

**STIPULATION AND ORDER OF DISMISSAL**

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, by and between the undersigned, counsel for the parties in the within action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice, pursuant to the terms of the parties' Settlement Agreement and Release.

Dated: January 30, 2026

**ATTORNEYS FOR PLAINTIFF:**

HORN WRIGHT, LLP

By: _____
    Donna Estel Green
25 Fairway Dr.
Hempstead, New York 11550
Ph.: (516) 996-7900

THOMAS A. ADAMS
Nassau County Attorney

By: *Nicholas Zotto*
    Nicholas Zotto
Deputy County Attorney
1 West Street
Mineola, New York 11501
Ph.: (516) 571-3012

**ATTORNEYS FOR DEFENDANTS:**

**SO ORDERED:**


_____
**HON.**